# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENYS DAVYDOV,** | : | |
| **Petitioner** | : | |
| | : | **No. 1:19-cv-2110** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **CLAIR DOLL,** | : | |
| **Respondent** | : | |

## <u>ORDER</u>

**AND NOW**, on this 28th day of February 2020, in accordance with the Memorandum

issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C.
§ 2241 (Doc. No. 1) is **GRANTED** to the extent Petitioner seeks an individualized
bond hearing before an immigration judge to review his continued detention pursuant
to 8 U.S.C. § 1226(c);

2. Petitioner shall be afforded an individualized bond hearing before an immigration
judge within twenty-one (21) days of the date of this Order; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.


<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania